176 F.3d 472
 Robert L. Malone
v.
Walter T. Redavid, John W. Holsten, Francis R. Alberti,
Darlene J. Redavid, John C. Holsten, Joanne H. Holsten,
American Land Transfer Associates, Pennsylvania Title
Insurance Co., JJW Management, Inc., t/d/b/a JJW Management
Inc. Pension Trust, Joseph P. Caranci, Jr., Redavid & Caranci
 NO. 98-1375
 United States Court of Appeals,
Third Circuit.
 January 26, 1999
 
 1
 Appeal From: E.D.Pa.; Appealing after remand 118 F.3d 1576
 
 
 2
 Affirmed.